UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR TAPIA-FELIX,<br><br>    Petitioner,<br><br>    v.<br><br>JOSIE GASTELO,<br><br>    Respondent. | Case No. 19-cv-00972-HSG<br><br>**ORDER GRANTING LEAVE TO DEEM TRAVERSE TIMELY FILED**<br><br>Re: Dkt. No. 10 |

    Petitioner has requested leave to file a traverse, which the Court construes as a motion to deem the traverse timely filed. Dkt. No. 10. Petitioner need not obtain leave of court to file a traverse. Pursuant to Rule 2254-6(c) of the Habeas Corpus Local Rules of the Northern District of California, a petitioner may file a traverse thirty days after the respondent has filed the answer. N.D. Cal. L. R. 2254-6(c). The answer was filed on August 8, 2019, and the traverse was filed on September 16, 2019. Dkt. Nos. 8, 9, 10. The Court deems the traverse, docketed at Dkt. No. 10, timely filed.

    This order terminates Dkt. No. 10.

    **IT IS SO ORDERED.**

Dated: 9/23/2019

                                                                  _____
                                                                  HAYWOOD S. GILLIAM, JR.
                                                                  United States District Judge