UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR TAPIA-FELIX,<br><br>   Petitioner,<br><br>   v.<br><br>JOSIE GASTELO,<br><br>   Respondent. | Case No. 19-cv-00972-HSG<br><br>**JUDGMENT** |

For the reasons stated in the Order Denying Petition for a Writ of Habeas Corpus; Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated: 1/21/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge